Exhibit 1

22-FRO-0463

## Submit New Request    1/22/2022

### Requester Details

To modify request details please update your requester profile or contact the our office for assistance.

**Ryan Milliron**
14579 Tupelo Dr
West Olive, MI  49460
Phone 2312868875
ryanmilliron1@gmail.com

Requester Default Category: Other

### Custom Fields

Requester Control # :
Previous Address 2 :

### General Information

| | |
|---|---|
| Request Type | FOIA |
| Requester Category | Other |

### Shipping Address

| | |
|---|---|
| Street1 | 14579 Tupelo Dr |
| Street2 | |
| City | West Olive |
| State | Michigan |
| State (Other) | |
| Country | United States |
| Zip Code | 49460 |

### Request Information

Description:

I request any emails in Angelos Keromytis's account sent to or from:

Rodney Joffe
David Dagon
April Lorenzen
John Podesta
Glenn Simpson
Gary Gensler

| | |
|---|---|
| Date Range for Record Search:From | 01/01/2016 |
| Date Range for Record Search:To | 09/28/2018 |
| Description Document | |
| Consent | |
| Proof of Identity | |

### Fee Information

| | |
|---|---|
| Willing Amount | $25 |
| Fee Waiver Requested | No |
| Fee Waiver Request Reason | |

### Billing Address
State (Other)

### Other Information
State (Other)

**Custom Fields**
Requester #

**Expedite Information**
Expedite Requested  No
Expedite Reason