Exhibit 3

Request - 22-FRO-0463          ✉ Inbox (0)   ◁ Compose Message   🔔 Sent Messages   Withdraw Request   ← Back

### Requester Details

To modify request details please update your requester profile or contact the our office for assistance.

**Ryan Milliron**
14579 Tupelo Dr
West Olive, MI  49460
Phone 2312868875
ryanmilliron1@gmail.com

Requester Default Category: Other

### Custom Fields

Requester Control # :
Previous Address 2 :

### Request Details

| | |
|---|---|
| Date Requested | 01/22/2022 |
| Received Date | 01/24/2022 |
| Estimate Delivery Date | 06/15/2022 |
| Status | In Process |

### General Information

| | |
|---|---|
| Request Type | FOIA Re-Opened |
| Requester Category | Other |

### Shipping Address

| | | | |
|---|---|---|---|
| Street1 | 14579 Tupelo Dr | Street2 | |
| City | West Olive | State | Michigan |
| State (Other) | | Country | United States |
| Zip Code | 49460 | | |

### Request Information

Description:
David Bagon
April Lorenzen
John Podesta
Glenn Simpson
Gary Gensle (Date Range for Record Search: From

Date Range for Record Search: From(mm/dd/yyyy)  01/01/2016    To (mm/dd/yyyy)  09/28/2018

Description Document    📎 Add Attachment

### Fee Information

1/2

Willing Amount ($)

25.00

Fee Waiver Requested        🔗 Add Attachment

Fee Waiver Request Reason

**Billing Address**

State (Other)

**Other Information**

State (Other)

**Custom Fields**

Requester #

Only Click "Submit" Once

**Expedite Information**

Expedite Requested        🔗 Add Attachment

Expedite Reason