Exhibit 4

**Sent Messages**

**Request Number 22-FRO-0463**

| Subject | Message(s) | Date Sent |
|---|---|---|
| Update | Hi, Can you confirm t..... | 06/06/2022 02:59:44 PM |
| Update? | Following up on | |
| Files | Ive sent two mess | |

Hi,

Can you confirm this request will be process within the next 7-8 days?

Thanks!

