Exhibit 5



**Sent Messages**

Request Number 22-FRO-0463

| Subject | Message(s) | Date Sent |
|---|---|---|
| Update | Hi, Can you confirm t..... | 06/06/2022 02:59:44 PM |
| Update? | Following up on last w..... | 06/13/2022 08:51:23 AM |
| Files | Ive sent tw... | |

Following up on last week's inquiry. It has been five months since my request, with an estimated conpletion date of Wednesday. Can you confirm that you are on track?

Close