Exhibit 6



Ryan Milliron <ryanmilliron1@gmail.com>

---

## OSD/JS FOIA #22-FRO-0463

**Maravilla, Hillary E CIV (USA)** <hillary.e.maravilla.civ@mail.mil>  Fri, Jun 17, 2022 at 3:30 PM
To: Ryan Milliron <ryanmilliron1@gmail.com>
Cc: "Strong, Richard R CIV WHS ESD (USA)" <richard.r.strong.civ@mail.mil>

Good afternoon Mr. Millicron,

We truly do apologize for the delay, but please know that we are actively working your FOIA request. As stated on our interim response, your request has been deemed complex, and there are 3,836 requests that were in the queue ahead of yours. However, we are working with our components to try and provide the requested information in a timely manner. We thank you again for your patience, and please feel free to reach out to our office for any additional questions/concerns.

V/r,

Hillary Maravilla

Government Information Specialist

OSD/ JS FOIA

Office: 571-372-0418

NIPR: Hillary.e.maravilla.civ@mail.mil

[Quoted text hidden]