Exhibit 7

 Gmail

**Ryan Milliron <ryanmilliron1@gmail.com>**

## OSD/JS FOIA #22-FRO-0463

**Ryan Milliron** <ryanmilliron1@gmail.com>                                        Fri, Jun 17, 2022 at 3:39 PM
To: "Maravilla, Hillary E CIV (USA)" <hillary.e.maravilla.civ@mail.mil>
Cc: "Strong, Richard R CIV WHS ESD (USA)" <richard.r.strong.civ@mail.mil>

Hillary,

I appreciate the response (mostly because you are the only person to respond), but this is too vague.

The government could've selected any date it wanted. It could've chose June 15, 2023. But when that date comes, a requester has every right to expect the documents.

I am anticipating less than 100-150 pages of records on this request. You can tell me im wrong, tell me there are 5,000 and I will be a little more lenient in my thinking.

What is holding this up? When can I expect the documents?
[Quoted text hidden]