Exhibit 8

7/6/22, 9:32 PM                                    Gmail - OSD/JS FOIA #22-FRO-0463

 Gmail                                    Ryan Milliron <ryanmilliron1@gmail.com>

## OSD/JS FOIA #22-FRO-0463

**Maravilla, Hillary E CIV (USA)** <hillary.e.maravilla.civ@mail.mil>                    Tue, Jun 21, 2022 at 9:33 AM
To: Ryan Milliron <ryanmilliron1@gmail.com>
Cc: "Strong, Richard R CIV WHS ESD (USA)" <richard.r.strong.civ@mail.mil>

Good morning Mr. Milliron,

I understand your frustration and again I apologize for the delay.

Our component has provided a response. Based on the complexity of the request and their current backlog, the estimated completion date is December 30, 2022. Please be advised that this is an estimate and is subject to change. Your request may be completed earlier or later than the expected date provided by the component. Please reach out if you have any questions or concern.

[Quoted text hidden]