UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

       Plaintiff,                             Case No. 1:22–cv–616

   v.                                       Hon. Robert J. Jonker

U.S. DEPARTMENT OF DEFENSE,

       Defendant.
_____/

## NOTICE OF RECEIPT OF CASE

     NOTICE is hereby given that this case has been received, and filed in this court on July 7, 2022.  It has been assigned the case number and judge set forth above.

                                           CLERK OF COURT

Dated:  July 8, 2022         By:   /s/ E. Doerr_____
                                               Deputy Clerk