UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RYAN MILLIRON,

        Plaintiff,

                                        CASE NO. 1:22-cv-616

v.

                                        HON. ROBERT J. JONKER

U.S. DEPARTMENT OF DEFENSE,

        Defendant.

_____/


## **ORDER OF REFERENCE**

The captioned case is referred to Magistrate Judge Berens for all pretrial purposes. The magistrate judge shall decide all nondispositive motions and conduct all necessary conferences pursuant to 28 U.S.C.§636(b)(1)(A). The magistrate judge shall file a report and recommendation on all dispositive matters under 28 U.S.C. §636(b)(1)(B).


Date:    July 8, 2022               /s/ Robert J. Jonker
                                  ROBERT J. JONKER
                                  CHIEF UNITED STATES DISTRICT JUDGE