# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Ryan Milliron

v.

U.S. Department of Defense

Case No. 1:22-cv-616
Hon. Robert J. Jonker

TO: Office of the Attorney General
ADDRESS: Department of Justice
950 Pennsylvania Ave, NW
Washington DC 20530

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __30__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Ryan Milliron
14579 Tupelo Dr.
West Olive MI 49460

CLERK OF COURT

By: Deputy Clerk         Date: July 11, 2022

---

## PROOF OF SERVICE

This summons for ____Office of the Attorney General____ was received by me on _____.
(name of individual and title, if any)                                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                                       (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

Additional information regarding attempted service, etc.:

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Ryan Milliron

v.

U.S. Department of Defense

Case No. 1:22-cv-616
Hon. Robert J. Jonker

TO: United States Attorney
ADDRESS: 5th Floor Law Bldg
330 Ionia Ave NW
Grand Rapids, MI  49503

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __30__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
 P.O. Box 698, 330 Federal Building, Marquette, MI  49855
    107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
    113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Ryan Milliron
14579 Tupelo Dr.
West Olive MI 49460

CLERK OF COURT

By: Deputy Clerk

Date: July 11, 2022

---

## PROOF OF SERVICE

This summons for _____United States Attorney_____ was received by me on _____.
(name of individual and title, if any)                                              (date)

☐ I personally served the summons on the individual at _____
                                                         (place where served)
on _____.
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Additional information regarding attempted service, etc.:

_____
*Server's printed name and title*

_____
*Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Ryan Milliron

v.

U.S. Department of Defense

Case No. 1:22-cv-616
Hon. Robert J. Jonker

TO: US Department of Defense
ADDRESS: Secretary of Defense Lloyd J. Austin III
1000 Defense Pentagon
Washington DC 20301

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __30__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Ryan Milliron
14579 Tupelo Dr.
West Olive MI 49460

CLERK OF COURT

By: Deputy Clerk

Date: July 11, 2022

## PROOF OF SERVICE

This summons for __US Department of Defense__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Server's printed name and title

Additional information regarding attempted service, etc.:

Server's address