UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

        Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE,

        Defendant.
_____/

Case No. 1:22-cv-616

Hon. Robert J. Jonker
U.S. District Court Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE

1. Pro se Plaintiff Ryan Milliron filed his Complaint on July 7, 2022. (ECF No. 1, PageID.1).

2. Defendant Department of Defense ("DoD") was served with Plaintiff's Complaint on July 14, 2022, making its responsive pleading due on August 15, 2022.

3. DoD is working diligently on Plaintiff's Freedom of Information Act ("FOIA") request, and in an effort to avoid potentially unnecessary litigation, the undersigned attorney for DoD contacted and spoke with Plaintiff on July 29, 2022 and the parties agreed to a thirty (30) day extension of time for DoD to file a responsive pleading.

4. Based on the above, the parties hereby stipulate to a thirty (30) day extension of time for DoD to answer or otherwise respond to the Complaint. DoD's responsive pleading will be due on or before September 14, 2022.

SO STIPULATED.

MARK A. TOTTEN
United States Attorney

Dated: August 4, 2022

/s/ *Laura A. Babinsky*
LAURA A. BABINSKY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Laura.Babinsky@usdoj.gov
*Attorneys for Defendant*

Dated: August 3, 2022

RYAN MILLIRON
14579 Tupelo Dr.
West Olive, MI 49460
(231) 286-8875
Ryanmilliron1@gmail.com
*Plaintiff*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RYAN MILLIRON, | Case No. 1:22-cv-616 |
| Plaintiff, | Hon. Robert J. Jonker<br>U.S. District Court Judge |
| v. | |
| U.S. DEPARTMENT OF DEFENSE, | Hon. Sally J. Berens<br>U.S. Magistrate Judge |
| Defendant. | |
| _____/ | |

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE**

This matter having come before the Court on the Stipulation to Extend Deadline to File Response; and the Court having reviewed the stipulation and being otherwise advised,

IT IS HEREBY ORDERED that the stipulation is GRANTED.  Defendant shall file a responsive pleading on or before September 14, 2022.


Dated: _____          _____
                                 SALLY J. BERENS
                                 U.S. Magistrate Judge