UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,                         Case No. 1:22-cv-616

       Plaintiff,                     Hon. Robert J. Jonker
                                   U.S. District Court Judge
v.
                                   Hon. Sally J. Berens
U.S. DEPARTMENT OF DEFENSE,      U.S. Magistrate Judge

       Defendant.
_____/

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE**

This matter having come before the Court on the Stipulation to Extend Deadline to File Response; and the Court having reviewed the stipulation and being otherwise advised,

IT IS HEREBY ORDERED that the stipulation is GRANTED.  Defendant shall file a responsive pleading on or before September 14, 2022.


Dated:  August 5, 2022                /s/ Sally J. Berens
                                           SALLY J. BERENS
                                           U.S. Magistrate Judge