UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

        Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE,

        Defendant.

Case No. 1:22-cv-616

Hon. Robert J. Jonker
U.S. District Court Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ryan Milliron, and Defendant United States Department of Defense, by its counsel, hereby stipulate to the dismissal of this action. Each party shall bear its own costs and attorney fees.

Respectfully submitted,

Dated: September 12, 2022

MARK A. TOTTEN
United States Attorney

*/s/ Laura A. Babinsky*
LAURA A. BABINSKY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Laura.Babinsky@usdoj.gov

Dated: September 12, 2022

RYAN MILLIRON
14579 Tupelo Dr.
West Olive, MI 49460
(231) 286-8875
Ryanmilliron1@gmail.com